PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO. 2:20-cr- *196 GMN NJK*

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

USA vs.

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Defendant: PATRICK FRASER

Name of District Court, and/or Judge/Magistrate Location (City)

Address:

UNITED STATES DISTRICT COURT  Las Vegas
DISTRICT OF NEVADA  Divisional Office

FILED / ENTERED    RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 5 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

Name and Office of Person Furnishing Information on THIS FORM  Ellenrose Jarmolowich
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (702) 388-6336

☐ Interpreter Required  Dialect: _____

Name of Asst. U.S. Attorney (If assigned)  Nicholas Dickinson

Birth Date  BY: _____ ☑ Male ☐ Alien (if applicable)
☐ Female

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Anita Butler ~ USPS

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

**DEFENDANT**

Issue: ☑ Warrant ☐ Summons

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Defense Counsel (if any): _____

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

Place of offense | County

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts  9

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 18 U.S.C. § 1349 | Conspiracy to Commit Mail Fraud | 1 |
| | 18 U.S.C. § 1341 | Mail Fraud | 2 thru 8 |
| | 18 U.S.C. § 1349 | Conspiracy to Commit Mail Fraud | 9 |
| | | | |
| | | | |