**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

PATRICK FRASER,

      Defendant.

Case No.: 2:20-cr-00196-GMN-NJK

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED, that the sentencing hearing in above-captioned matter, currently scheduled for August 12, 2026, at the hour of 11:00 a.m. be vacated and continued to October 13, 2026, at 11:00 AM_____.

_____

UNITED STATES DISTRICT JUDGE